# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130232

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 130232
                                  COA: 265877
                                  Jackson CC: 04-000684-FH

ROBERT PHILLIPP CARICO,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The denial is without prejudice to defendant raising the issue of counselless convictions in a motion for relief from judgment pursuant to MCR 6.500 *et seq.*

      CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006                                                   Clerk

d0517